O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LAURA JUSTINE SALAMANCA MONTERO,

      Petitioner,

    v.

MARKWAYNE MULLIN, et al.,

      Respondents.

Case No. 8:26-cv-00849-SB-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 16). The objections period has been waived. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered DISMISSING the Petition without prejudice.

DATED: April 29, 2026

_____
Hon. Stanley Blumenfeld, Jr.
UNITED STATES DISTRICT JUDGE

1