JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LAURA JUSTINE SALAMANCA MONTERO,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 8:26-cv-00849-SB-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: April 29, 2026

_____
Hon. Stanley Blumenfeld, Jr.
UNITED STATES DISTRICT JUDGE